opinion filed December 30, 1948; rehearing denied January 18, 1949; released for publication January 18, 1949. Wellington G. Brown, for appellant; Campbell, Clark & Miller, for appellees; Henry Synek, J. Arthur Miller and Edgar Vanneman, Jr., of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

## Joseph Olbinski, Appellee, v. Esther Olbinski, Appellant.

### Gen. No. 44,311.

opinion filed December 30, 1948; released for publication January 18, 1949. Edward A. Sinden and William J. Kafka, for appellant; Philip Conley and Frank E. Stacknik, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.